IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAREZ,<br><br>        Plaintiff,<br><br>v.<br><br>P. OSTERLIE, et al.,<br><br>        Defendants. | Case No.  CIV S-10-2993 DAD P<br><br>**ORDER GRANTING DEFENDANT OSTERLIE'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING** |

    The Court hereby grants the Ex Parte Application of Defendant P. OSTERLIE, for an order extending the deadline in which to file an initial responsive pleading to plaintiff's complaint, up to and including May 12, 2011.

    IT IS SO ORDERED:

**Date:  4/15/2011**

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

juar2993.ext

///
///
///

1  Respectfully submitted,

2  Susan E. Coleman, (SBN 171832)
   E-mail: scoleman@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA  90071-2953
   Tel: 213.236.0600 Fax: 213.236.2700
5
   Attorneys for Defendant
6  P. OSTERLIE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28