IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE JUAREZ,

      Plaintiff,　　　　　　　　No. Civ S-10-2993 KJM DAD (PC)

  vs.

P. OSTERLIE, et al.,

      Defendants.　　　　　　　ORDER

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 15, 2012, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

/////

1  1983). Having carefully reviewed the file, the court finds the findings and recommendations to
2  be supported by the record and by the proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The findings and recommendations filed February 15, 2012, are adopted in
5  full;
6          2. Defendant Osterlie's May 12, 2011 motion to dismiss (Doc. No. 18) is granted
7  as to all claims except plaintiff's retaliation claims;
8          3. The May 18, 2011 motion to dismiss of defendants Cherry, Fletes, Heise,
9  Martel, Scott, Thompson, and Yarborough (Doc. No. 20) is granted in part and denied in part as
10 follows:
11         a. Plaintiff's claim against defendant Martel is dismissed without leave to
12 amend;
13         b. Plaintiff's claims against defendants Cherry, Fletes, Heise, and
14 Thompson are dismissed with leave to amend; and
15         c. Defendants' motion is denied as to plaintiff's claim against defendants
16 Yarborough and Scott arising only from the alleged acts of retaliation against plaintiff; and
17         4. Plaintiff is granted twenty-one days from the date of this order to file an
18 amended complaint in accordance with this order and the findings and recommendations of the
19 magistrate judge filed February 15, 2012.
20 DATED: March 22, 2012.
21
22                               UNITED STATES DISTRICT JUDGE
23 /juar2993.801
24
25
26