IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAREZ,<br><br>             Plaintiff,<br><br>v.<br><br>P. OSTERLIE, et al.,<br><br>             Defendants. | Case No. 2:10-cv-02993-KJM-DAD<br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**<br><br>**Magistrate Judge:  Dale A. Drozd**<br><br>**NO ORAL ARGUMENT REQUIRED** |

   Defendant K. YARBOROUGH having filed a Request for court approval of substitution of attorneys, seeks to substitute Kelli Marie Hammond, Deputy Attorney General, of the Office of the Attorney General, with Susan E. Coleman, Esq., of Burke, Williams & Sorensen LLP, as attorneys of record.

   For good cause shown, IT IS HEREBY ORDERED that hereinafter, Susan E. Coleman, Esq., of Burke, Williams & Sorensen LLP, will serve as counsel of record for Defendant K YARBOROUGH in this action.

   /////
   /////
   /////
   /////

1  IT IS SO ORDERED.
   Dated: April 19, 2012

2

3  _____
   DALE A. DROZD
4  UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9  /juar2993.sub2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-0851-0735 v1         - 2 -         2:10-CV-02993-KJM-DAD
                                              ORDER R-SOA

1  Respectfully submitted,

2  Susan E. Coleman, (SBN 171832)
   E-mail: scoleman@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA  90071-2953
   Tel: 213.236.0600 Fax: 213.236.2700
5
   Attorneys for Defendants
6  P. OSTERLIE, K. YARBOROUGH, J. SCOTT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-0851-0735 v1                - 3 -                2:10-CV-02993-KJM-DAD
                                                           ORDER R-SOA