IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE JUAREZ,

        Plaintiff,                  No. 2:10-cv-2993 KJM DAD (PC)

    vs.

P. OSTERLIE, et al.,

        Defendants.            <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 20, 2012, a motion by plaintiff to compel discovery responses was entered on the court's docket in this action. The motion was dated by plaintiff on August 1, 2012. Defendants have not responded to plaintiff's motion to compel.

         Review of the motion shows that plaintiff seeks to compel responses to discovery requests propounded on defendants on June 27, 2012. Plaintiff requested that defendants respond to the discovery requests at plaintiff's deposition scheduled for July 11, 2012. However, pursuant to this court's May 23, 2012 discovery and scheduling order, discovery responses are not required to be served until forty-five days after service thereof. For that reason, defendants' responses to the discovery were not due until August 13, 2012. Plaintiff's motion to compel dated on August 1, 2012 was therefore premature and will therefore be denied without prejudice.

1

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's August 20, 2012 motion to compel (Doc. No. 40) is denied without prejudice.

DATED: September 21, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:12
juar2993.mtc